# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES v. KANG-HYOK CHOI, Crim. No. 12-285

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                    ( ) Ad Testificandum

1. KANG-HYOK CHOI, SBI # 145192E (hereinafter the "Detainee") is now confined at New Jersey State Prison.

2. The Detainee is

   charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint
   with a violation of 18 United States Code Section 1029 (a)(2)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, Post Office Bldg and U.S. Courthouse, Courtroom 5, before the Hon. Katharine Hayden, U.S. District Judge, on Thursday, July 26, 2012, at 11:30 a.m., for a Plea Hearing and Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 23, 2012

ANTHONY MOSCATO
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 7/23/12

_____
Hon. Katharine Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey State Prison:

WE COMMAND YOU that you have the body of

KANG-HYOK CHOI, SBI # 145192E,

now confined at New Jersey State Prison, brought before the Hon. Katharine Hayden, U.S. District Judge, at the United States District Court, in the Post Office Bldg and U.S. Courthouse, Newark, NJ, Courtroom 5, on Thursday, July 26, 2012, at 11:30 a.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine Hayden
United States District Judge
Newark, New Jersey

DATED: 7/23/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk